1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKINLEY KEATHLEY, JR., <br> Petitioner, <br> v. <br> JAMES TILTON, <br> Respondent. | Case No. EDCV 08-22-PA(JC) <br><br> JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: December 9, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE